Litigation, of Seattle, Wash., of counsel), for the United States.

A. W. Newman and John T. McCutcheon, both of Tacoma, Wash., for appellees.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

WILBUR, Circuit Judge.

The government appeals from a judgment in favor of the administratrix of the estate of Charles V. La Favor upon a war risk insurance policy. Plaintiff, in order to prove total and permanent disability at the time of the lapsing of the policy and thereafter until the death of the insured, offered in evidence certain X-ray photographs. The government objected to the introduction of these X-ray photographs on the ground that no proper foundation was laid. The operator who took the pictures was not called as a witness. The doctor at whose instance the X-ray photographs were taken testified that the pictures were not taken by himself but by a man upstairs who did his X-ray work, but the insured was referred to this man and that the picture was sent down by the patient as soon as it was developed, within five or ten minutes. This was not a sufficient identification of the picture. Ligon v. Allen, 157 Ky. 101, 162 S. W. 536, 51 L. R. A. (N. S.) 842.

Reversed.

Grinstead, Laube, Laughlin & Meakim, Loren Grinstead, William T. Laube, James A. Laughlin, Roger J. Meakim, and Arthur Grunbaum, all of Seattle, Wash., for appellant.

Walter A. McClure, McClure & McClure, and Stern & Stern, all of Seattle, Wash., for appellee.

Before WILBUR, SAWTELLE, and GARRECHT, Circuit Judges.

WILBUR, Circuit Judge.

The Fidelity & Deposit Company of Maryland was surety for Joseph Mayer, former trustee in bankruptcy for Frank J. Victor, Inc., and appeals from a judgment rendered against it in an action at law tried by the court sitting without a jury in pursuance of a stipulation in open court waiving the jury. The judgment is for the sum of $86.24 on one count and $1,937.61 on the other. Appellant contends that the evidence is insufficient to sustain the judgment. This question was not raised in the trial court either by motion or by request for findings or conclusion of law, and, consequently, cannot be considered by us.

The assignments with reference to the admission of evidence will not be considered because they do not conform to the rules of this court (Rule No. 11).

Judgment affirmed.

## FIDELITY & DEPOSIT CO. OF MARYLAND v. UNITED STATES ex rel. WOODS.

### In re FRANK J. VICTOR, Inc.

### No. 7378.

Circuit Court of Appeals, Ninth Circuit.

Sept. 7, 1934.